UNITED STATES DISTRICT COURT         **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-16-2507-R                              Date: APRIL 27, 2016

Title:     WARNER CREEK GROUP, INC. -V.- CARLOS LARA, et al.
==============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

       Christine Chung                          None Present
       Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
               STATE COURT


**A district court must remand a case to state court "if at any time
before final judgment it appears that the district court lacks subject
matter jurisdiction."  28 U.S.C. 1447(c).  Because this is an unlawful
detainer action, a federal question does not present itself.  See
Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL
234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action
to state court for lack of subject matter jurisdiction where plaintiff's
complaint contained only an unlawful detainer claim).  As such,
this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**


     cc: counsel of record



                                                          0:00


MINUTES FORM 11                          Initials of Deputy Clerk ___CCH____
CIVIL -- GEN